FILED
JUL 05 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY BROWN,<br><br>　　　　　Defendant. | 2:11-CR-408-PMP-(CWH) |

### FINAL ORDER OF FORFEITURE

On February 16, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 1956(c)(7), based upon the plea of guilty by defendant NANCY BROWN to a criminal offense, forfeiting specific property alleged in the Criminal Information and agree to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant NANCY BROWN pled guilty. Criminal Information ECF No. 27; Minutes of Plea Proceedings, ECF No. 25; Plea Memorandum, ECF No. 29; Preliminary Order of Forfeiture, ECF No. 35.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 18, 2012, through March 18, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 40.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 1956(c)(7); and Title 21, United States Code, Section 853(n)(7), and shall be disposed of according to law:

1. $15,037.00 in United States Currency, seized from Defendant.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___6th___ day of ___July___, 2012.

_____
UNITED STATES DISTRICT JUDGE